**Order entered November 17, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00197-CR

**TERRANCE HENRY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-0959736-W**

## ORDER

Before the Court is appellant Terrance Henry's November 12, 2014 pro se motion for the appointment of new counsel. After briefs were filed by both appellant's counsel and the State, this case was submitted on November 12, 2014.

The Court **DENIES** appellant Terrance Henry's November 12, 2014 pro se motion for the appointment of new counsel.

/s/     DOUGLAS S. LANG
        PRESIDING JUSTICE